■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON FRIED, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on May 5, 1986, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Sandler, J. P., Sullivan, Ross, Milonas and Rosenberger, JJ.